**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Anthony SUTTON, Petitioner**

**No. 132 EAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Zahir BODDY–JOHNSON, Petitioner**

**No. 156 EAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jose Luis FLORES–MEDINA,**
**Petitioner**

**No. 284 MAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Clayton Raymond AXE, Petitioner**

**No. 318 MAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**